JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OU XIAN PING, | Case No. 5:26-cv-02448-AYP |
| Petitioner, | JUDGMENT |
| v. | |
| J. JOHNSON., et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 2, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE